United States District Court
Southern District of Texas
**ENTERED**
September 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTOPHER D. NELSON, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-18-2899 |
| COVESTRO LLC, | § | |
| Defendant. | § | |

**ORDER**

On May 3, 2019, this court entered an order granting without prejudice Covestro's motion to dismiss Kristopher Nelson's complaint. (Docket Entry No. 26). The memorandum and order allowed Nelson to amend his complaint, but required that he do so by May 31, 2019. He has failed to file an amended complaint. On August 14, 2019, the court ordered Nelson to file by August 30, 2019, an explanation showing cause why he had not complied with this court's order, and why the case should not be dismissed. (Docket Entry No. 27). Nelson has failed to do so.

This case is dismissed, with prejudice, for lack of prosecution and failure to comply with this court's orders.

SIGNED on September 3, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge